**Order entered March 30, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01230-CR

**QUINCY PAUL REED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F14-54391-J**

## ORDER
Before Justices Myers, Evans, and Brown

Based on the Court's opinion of this date, we **DIRECT** the Clerk of this Court to issue

the mandate in this appeal **INSTANTER**.

/s/     LANA MYERS
JUSTICE